IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION


UNITED STATES OF AMERICA, )
)
                    Plaintiff, )
)     Criminal Action No.07-00083-02-CR-W-JFG
v. )
)
CARLOS HOLGUIN-CARRILLO )
a/k/a  Angel Garcia Holguin, )
)
                Defendant. )


MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**:  On February 28, 2007, the Grand Jury returned a two count indictment against defendants Jose Lopez-Lopez[1] and Carlos Holguin-Carrillo (a/k/a Angel Garcia-Holguin ). Count One of the indictment charges that between on or about January 21, 2007, until on or about January 24, 2007, defendants Lopez-Lopez and Holguin-Carrillo conspired to distribute 500 grams or more of methamphetamine.  Count Two of the indictment charges that between on or about January 21, 2007, until on or about January 24, 2007, defendant Holguin-Carrillo was an illegal alien in possession of firearms

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
      Government: Stefan Hughes
      Case Agent:   Luis Ortiz of the Kansas City Missouri Police Department
      Defense:  John Lozano


**OUTSTANDING MOTIONS**: None

**TRIAL WITNESSES**:
      Government: 8  with stipulations; 10  without stipulations
      Defendants:   1   witnesses and maybe the defendant

**TRIAL EXHIBITS**
      Government: 20 exhibits
      Defendant:   0   exhibits for defendant

---

[1]Defendant Lopez-Lopez entered a guilty plea on June 21, 2007.

**DEFENSES**: general denial

**POSSIBLE DISPOSITION**:
        ( X ) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME:  1 ½ -2  days**
    Government's case including jury selection: 1 ½ -2  days
    Defense case:   no additional time

**STIPULATIONS**: The government is proposing stipulations concerning the interstate nexus of the firearms and the drug quantity.

**UNUSUAL QUESTIONS OF LAW: None**

**FILING DEADLINES:**

    **Witness and Exhibit List**
    Government: Friday before the pretrial conference
    Defense: Friday before the pretrial conference
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday,** September 12, 2007
    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:** Defendant did not file a suppression motion, but may seek to have the trial court address through a motion in limine the validity of the stop and search of the vehicle.

**TRIAL SETTING**: Criminal jury trial docket commencing September 17, 2007
    **Please note:** Both counsel have other cases set on this docket.

**IT IS SO ORDERED.**


                      _____/s/_____
                         SARAH W. HAYS
                    United States Magistrate Judge

Case 4:07-cr-00083-FJG   Document 47   Filed 09/10/07   Page 2 of 2